■ WILLIAM WITMER, Appellant, v JAMES A. BIEHLS, Respondent. [632 NYS2d 43] —Order unanimously reversed on the law with costs and motion denied. Memorandum: Supreme Court improvidently exercised its discretion in granting defendant additional time to complete discovery. By demanding that plaintiff file a note of issue, with the concomitant necessity of filing a statement of readiness, defendant waived his right to further discovery. A demand for such filing is inconsistent with a demand for discovery *(see, King v Milazzo,* 155 AD2d 1000; *Siragusa v Teal's Express,* 96 AD2d 749, 750). (Appeal from Order of Supreme Court, Erie County, Whelan, J.—Set Aside Note of Issue.) Present—Pine, J. P., Lawton, Wesley, Callahan and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT L. BAILEY, Appellant. [632 NYS2d 1002] Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Violation of Probation.) Present—Denman, P. J., Green, Fallon, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID C. GAZIANO, Appellant. (Appeal No. 1.) [632 NYS2d 996] —Judgment unanimously affirmed. Memorandum: County Court did not abuse its discretion in denying defendant youthful offender treatment, and we decline to exercise our interest of justice jurisdiction to grant such treatment *(cf., People v Shrubsall,* 167 AD2d 929, 930). We further conclude that the imposition of concurrent terms of imprisonment of 1 to 3 years is neither unduly harsh nor severe. (Appeal from Judgment of Wayne County Court, Parenti, J.—Grand Larceny, 4th Degree.) Present—Denman, P. J., Green, Fallon, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID C. GAZIANO, Appellant. (Appeal No. 2.) [632 NYS2d 996] —Judgment unanimously affirmed. Same Memorandum as in *People v Gaziano* (219 AD2d 870 [decided herewith]). (Appeal from Judgment of Wayne County Court, Parenti, J.—Unauthorized Use Motor Vehicle, 3rd Degree.) Present—Denman, P. J., Green, Fallon, Balio and Boehm, JJ.